UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Kevin Abimael Ochoa–Castillo | § | |
| | § | |
| *versus* | § | Civil Action 4:19–cv–00878 |
| | § | |
| Bryan Christian, et al. | § | |

## NOTICE OF SETTING

A telephonic Telephone Conference is set at the following date and time:

**1/24/2020 at 03:00 PM CST
before Magistrate Judge Andrew M Edison**

Motion to Dismiss – #17
Please call the Court's conference line **ten minutes** prior to the scheduled hearing.

Dial in Number: 409-763-7881
Conference ID: 37881#
Password: 13579#

Date:   January 21, 2020

David J. Bradley, Clerk