UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN ABIMAEL OCHOA-CASTILLO, | § § § § § § § § § § § | |
| Plaintiff. | | |
| VS. | | CIVIL ACTION NO. 4:19–CV–00878 |
| WALLACE L. CARROLL ET AL., | | |
| Defendants. | | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On March 10, 2020, United States Magistrate Judge Andrew M. Edison filed a Memorandum and Recommendation (Dkt. 26) recommending that Defendant's Motion to Dismiss (Dkt. 17) be **GRANTED**.

On March 24, 2020, Plaintiff filed his Objections. *See* Dkt. 27. In accordance with 28 U.S.C. § 636(b)(1)(C), this Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id*.; *see also* FED. R. CIV. P. 72(b)(3).

The Court has carefully considered the Objections; the Memorandum and Recommendation; the pleadings; and the record. The Court **ACCEPTS** Judge Edison's

Memorandum and Recommendation and **ADOPTS** it as the opinion of the Court. It is therefore **ORDERED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 26) be **APPROVED AND ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants Motion to Dismiss (Dkt. 17) is **GRANTED**.

It is so **ORDERED**.

SIGNED and ENTERED this 25th day of March, 2020.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE