# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Kevin Abimael Ochoa-Castillo, ) | |
|     Plaintiff, ) | |
| ) | File No. 208-371-261 |
| ) | |
| ) | Case No. 4:19-CV-00878 |
| Wallace L. CARROL, Director, ) | |
| Houston Field Office, ) | NOTICE OF APPEAL |
| US Citizenship and Immigration ) | |
| Services; Kenneth T. ) | |
| CUCCINELLI, Acting Director of ) | |
| US Citizenship and Immigration ) | |
| Services; Chad WOLF, Acting ) | |
| Secretary, Department of ) | |
| Homeland Security; William P. ) | |
| BARR Attorney General, ) | |
|     Defendants ) | |
| ) | |

## NOTICE OF APPEAL

    Notice is hereby given that KEVIN ABIMAEL OCHOA-CASTILLO, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit, from a Final Judgment that was entered in this action on March 25, 2020. This notice of appeal is timely pursuant to Rule 4(a)(1)(B), Federal Rules of Appellate Procedure.

Respectfully submitted,


_____

Robert K. Hoffman
The Rushton Law Firm, P.L.L.C.
Counsel for Plaintiff
Texas Bar No. 24073807
5909 West Loop S., Ste. 150
Bellaire, TX  77401
(713)838-8500
(713)838-9826 Fax

## **LIST OF ATTACHMENTS**

| Exhibit | Description |
| --- | --- |
| 1 | Final Judgment; |
| 2 | Copy of Order Adopting Magistrate Judge's Memorandum and Recommendation; |
| 3 | Copy of Memorandum and Recommendation; |

**CERTIFICATE OF SERVICE**

I, Robert K. Hoffman, hereby certify that a true and correct copy of the foregoing "Plaintiff's Notice of Appeal", including all attachments, will be served on Defendants via US Postal Service Certified mail addressed as follows:

William P. Barr
Attorney General
US Department of Justice
950 Pennsylvania Ave, NW
Washington, DC  20530-0001

Chad Wolf
Acting Secretary
US Department of Homeland Security
Washington, DC 20528

Kenneth T. Cuccinelli
Acting Director
US Citizenship and Immigration Services
20 Massachusetts Ave., NW, Room 4025
Department of Homeland Security
Washington, DC  20528

Wallace Carroll
Director, Houston District
US Citizenship and Immigration Services
810 Gears Rd. Suite 100
Houston, Texas

Andrea Belgau
US Attorney
Wells Fargo Plaza
1000 Louisiana St #2300
Houston, TX 77002

On this the ___ day of May 2020.

Respectfully submitted,

_____

Robert K. Hoffman
The Rushton Law Firm, P.L.L.C.
Counsel for Plaintiff
Texas Bar No. 24073807
5909 West Loop S., Ste. 150
Bellaire, Texas   77401
(713)838-8500
(713)838-9826 Fax